

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00341-CV

**SANTANDER CONSUMER USA, INC.** d/b/a Chrysler Capital,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01960
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's June 11, 2020 order granting City of San Antonio's plea to the jurisdiction is AFFIRMED. We tax costs of court for this appeal against Santander Consumer USA, Inc. d/b/a Chrysler Capital.

SIGNED December 30, 2020.

_____
Patricia O. Alvarez, Justice